# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> JAMIE NESBITT, and STATE OF ) <br> GEORGIA, ex rel. JAMIE NESBITT ) <br> ) <br> v. ) <br> ) <br> CANDLER COUNTY, GEORGIA d/b/a ) <br> CANDLER COUNTY AMBULANCE ) <br> SERVICE ) | CV 614-94 |

## ORDER

On June 16, 2016, the United States of America, the State of Georgia, and Jamie Nesbitt filed a Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), pursuant to the terms of a Settlement Agreement. Accordingly, Counts 1 and 2 are hereby DISMISSED with prejudice. Claims for Count 3 remain pending.

So ORDERED, this 19 day of July, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA