# United States District Court
## Southern District of Georgia

JAMIE NESBITT

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:14cv94

CANDLER COUNTY, GEORGIA,
d/b/a CANDLER COUNTY
AMBULANCE SERVICE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on September 28, 2018, granting the Defendant's Motion for Summary Judgment, judgment is here by entered in favor of CANDLER COUNTY, GEORGIA d/b/a CANDLER COUNTY AMBULANCE SERVICE. This case stands closed.

Approved by: _____
Judge Lisa Godbey Wood

Date: October 1, 2018

Scott L. Poff
Clerk

Sherry Taylor, Deputy Clerk
(By) Deputy Clerk