IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JAMIE NESBITT, | § Case Number 6:14-cv-00094-LGW-GRS |
| | § |
| Plaintiff, | § |
| v. | § |
| | § |
| CANDLER COUNTY, GEORGIA, | § |
| d/b/a/ CANDLER COUNTY | § |
| AMBULANCE SERVICE | § |
| | § |
| Defendant. | § |

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Federal Rules of Appellate Procedure 3 and 4, that Jamie Nesbitt, Plaintiff in the above-captioned case hereby timely appeals to the United States Court of Appeals for the Eleventh Circuit the Order, of this Court dated September 28, 2018, Doc. # 72, granting Defendant Candler County, Georgia's, Motion for Summary Judgment, Doc. # 63; and the Judgment in a Civil Case, Doc. # 73, in favor of Defendant.

Respectfully submitted, this 25th day of October, 2018.

/s/ **Anthony C. Lake**
Anthony C. Lake
Georgia Bar No. 431149
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail: aclake@gwllawfirm.com

Thomas A. Withers, Esq.
Georgia Bar No. 772250
GILLEN, WITHERS & LAKE, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile:   (912) 629-6347
E-Mail: Twithers@gwllawfirm.com

*Counsel for Plaintiff Jamie Nesbitt*

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this court.

This 25th day of October, 2018.

/s/ Anthony C. Lake
Anthony C. Lake
Georgia Bar No. 431149
GILLEN WITHERS & LAKE, LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia 30339
Telephone:   (404) 842-9700
Facsimile:    (404) 842-9750
E-mail:
aclake@gwllawfirm.com

Thomas A. Withers, Esq.
Georgia Bar No. 772250
GILLEN, WITHERS & LAKE, LLC
8 East Liberty Street
Savannah, Georgia 31401
Telephone: (912) 447-8400
Facsimile:   (912) 629-6347
E-Mail: Twithers@gwllawfirm.com

*Counsel for Plaintiff Jamie Nesbitt*